No. 09–1361. CITY OF RENO, NEVADA, ET AL. *v.* CONN ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Connick* v. *Thompson, ante,* p. 51.

No. 10–8765. SNIPES *v.* CALIFORNIA. Sup. Ct. Cal. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 10–8774. WARREN *v.* OWENS ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 10A768. PLATTS *v.* UNITED STATES. Application for certificate of appealability, addressed to JUSTICE SOTOMAYOR and referred to the Court, denied.

No. 10A824. SHOVE *v.* CULLEN, WARDEN. Application for certificate of appealability, addressed to THE CHIEF JUSTICE and referred to the Court, denied.